UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER YOUSIF,

    Plaintiff,

v.

    Case No. 15-11027
    Hon. Gerald E. Rosen
    Magistrate Judge Anthony P. Patti

L.J. ROSS ASSOCIATES, INC.,

    Defendant.
_____/

ORDER ADOPTING
MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on     July 7, 2015

PRESENT: Honorable Gerald E. Rosen
                Chief Judge, United States District Court

On May 29, 2015, Magistrate Judge Anthony P. Patti issued a Report and Recommendation ("R & R") recommending that the Court dismiss with prejudice the complaint filed by *pro se* Plaintiff Christopher Yousif, in light of Plaintiff's failure to appear at a scheduling conference and, more generally, his failure to prosecute the claims he has asserted in this action. The Magistrate Judge has further recommended that Plaintiff be ordered to pay attorney fees in the amount of $500 to Defendant L.J. Ross Associates, Inc., as reimbursement for the time and expenses incurred by Defendant and its counsel in defending against the claims asserted by Plaintiff.

No objections have been filed to the R & R, and the 14-day deadline for doing so

has passed. Upon reviewing the R & R and the record as a whole, the Court concurs in the analysis of the Magistrate Judge, and adopts the R & R in its entirety.

Accordingly,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's May 29, 2015 Report and Recommendation (docket #9) is ADOPTED as the opinion of this Court. IT IS FURTHER ORDERED, for the reasons stated in the R & R, that Plaintiff's *pro se* complaint is dismissed, and that Plaintiff is ordered to immediately pay the sum of $500 to Defendant as reimbursement for the attorney fees incurred by Defendant in this suit.

SO ORDERED.

        s/Gerald E. Rosen
        Chief Judge, United States District Court

Dated: July 7, 2015

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 7, 2015, by electronic and/or ordinary mail.

        s/Julie Owens
        Case Manager, (313) 234-5135